MINUTE ENTRY
KNOWLES, M.J.
May 1 , 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 18-83 |
| WAYNE CELESTINE, M.D. | SECTION H |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT

    X  COUNSEL FOR DEFENDANT  WILLIAM P. GIBBENS (retained)

    X  ASSISTANT U.S. ATTORNEY  JOHN F. MURPHY

    ___  INTERPRETER  _____  SWORN

    (TIME: _____ .M  to _____ .M)

X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO
THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE
DISTRICT JUDGE.

X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON ORIGINAL BOND

_/ BAIL SET AT _____

_/ DEFENDANT RELEASED ON NEW BOND

_/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JUNE 13, 2018 AT 1:30 PM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **JUNE 25, 2018 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00: 04