MINUTE ENTRY
WILKINSON, M.J.
JUNE 29, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 18-83 |
| WAYNE CELESTINE, M.D. | SECTION H |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
              X  COUNSEL FOR DEFENDANT  WILLIAM P. GIBBENS
              X  ASSISTANT U.S. ATTORNEY  JOHN MURPHY
              __ INTERPRETER _____ SWORN _____
                 (TIME: _____ .M to _____ .M)

X / READING OF THE SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

NOTICE:  X / PRE-TRIAL CONFERENCE: **AUGUST 9, 2018 AT 3:30 PM**

**BEFORE UNITED STATES DISTRICT JUDGE : JANE TRICHE MILAZZO**

X / TRIAL: **AUGUST 27, 2018 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE: JANE TRICHE MILAZZO**

MJSTAR: 00: 03